IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:12-cv-970-MEF |
| ) | (WO – Do Not Publish) |
| DANNY R. HILLESTAD, ) | |
| DEBORAH G. HILLESTAD, and ) | |
| FIDELITY FINANCIAL OF MOBILE, ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

## AMENDED FINAL JUDGMENT

Upon consideration of the Notice of Settlement and Stipulation for Judgment (Doc. #25) filed by the parties on April 3, 2013, it is hereby ORDERED that judgment is entered in favor of the United States of America and against Danny R. Hillestad and Deborah G. Hillestad jointly, on account of their federal income tax liabilities for the tax years 2000 through 2007 and 2010, in the amount of $140,741.14 as of March 14, 2013, plus interest in accordance with 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6621 and 6622, each party to bear their own costs and expenses.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 8th day of May, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE